UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENESEE

| | |
|---|---|
| ONENINE DESIGN, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE GORDON LAW GROUP, LTD., an Illinois corporation, d/b/a Gordon Law<br><br>Defendant. | Case No.: _____<br><br>**COMPLAINT FOR**:<br><br>  1. COPYRIGHT INFRINGEMENT<br>  2. BREACH OF CONTRACT<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, OneNine Design LLC ("OneNine") by and through its undersigned attorneys, hereby prays to this Honorable Court for relief based on the following:

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*, and Tennessee state law.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

4. Jurisdiction and venue are additionally proper in this Court pursuant to the governing law and venue clause of the contract at issue, which provides that "[t]he exclusive venue for any disputes arising out of this Agreement or the performance of this Agreement shall be in a court of competent jurisdiction in Nashville, Tennessee, and both parties expressly consent to jurisdiction in such courts."

**PARTIES**

5. OneNine is a Texas limited liability company with a place of business at 613 Ewing Avenue, Nashville, TN 37203. Nathan Ruff, the president of OneNine and signatory on the Agreement that is the subject of this action, also resides in Nashville, TN.

6. On information and belief, Gordon Law is an Illinois corporation.

# CLAIMS RELATED TO THE SUBJECT PHOTOGRAPHS AND THE PARTIES' AGREEMENT

7. OneNine is a brand development and management firm that specializes in creating custom web designs and visual branding for its clients.

8. On information and belief, Gordon Law is a crypto, tax, and business law firm owned and operated by attorney Andrew Gordon, who is also the registered agent, president, secretary, and director of Gordon Law.

9. In 2023, Gordon Law approached OneNine about hiring OneNine to undertake a visual branding and website redesign for Gordon Law.

10. OneNine accordingly provided Gordon Law with a written proposal for the redesign project, providing numerous details of what the project would entail and informing Gordon Law that the project would require a payment to OneNine of $40,000.

11. On January 9, 2024, OneNine and Gordon Law entered into a service agreement (the "Agreement"), under which OneNine would provide a redesigned website for Gordon Law in exchange for a total agreed upon price of $40,000 ("Final Payment").

12. The Agreement was executed by OneNine's president, Nathan Ruff, and Gordon Law's president, Andrew Gordon, on behalf of their respective companies.

13. The Agreement expressly required that Gordon Law make the Final Payment in two installments, "$20,000 USD at the signing of [the Agreement]" and thereafter that "Gordon Law will pay the remaining $20,000 USD when the project is done."

14. The Agreement further expressly provided that the copyrights for any content or graphics created by OneNine for Gordon Law under the Agreement would only transfer from OneNine to Gordon Law "upon receipt of the final payment."

15. The Agreement also included an Attorneys Fees clause, stating that "In any legal action between the parties concerning this Agreement, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs."

16. OneNine and Gordon Law likewise agreed in the Agreement that "Once this Agreement is signed and dated by Gordon Law it cannot be modified without the approval of both parties to this Agreement."

17. In the course of working on the redesign project pursuant to the Agreement, OneNine's contractor created original photographs of Andrew Gordon and other lawyers and scenes related to Defendant's law firm ('Subject Photographs").

18. "Subject Photographs" as used herein will refer to all photographs that Gordon Law obtained from Plaintiff and used without Plaintiff's consent.

19. OneNine's contractor transferred all rights and claims relevant to the Subject Photographs, including without limitation, registered copyrights, to OneNine.

20. OneNine has standing to bring the claims set forth herein as a result of its ownership of the Subject Photographs and the registered copyrights attendant thereto.

21. OneNine completed performance of all its duties and obligations under the Agreement by creating a website for Gordon Law and providing same to Gordon Law, including the Subject Photographs. This performance met or exceeded industry standards.

22. Gordon Law paid the first $20,000 installment required under the Agreement but refused to pay the second $20,000 after OneNine's delivery of the redesigned website and thus Gordon Law failed to deliver the Final Payment and thus received no rights in or to any of the content or graphics created by OneNine, including the Subject Photographs.

23. Despite this, Gordon Law made extensive usage of the contents and materials OneNine provided, including the Subject Photographs, on its commercial website, social media pages, and other platforms to advertise its services and promote its brand ("Infringing Uses"). True and correct exemplars of the Infringing Uses are depicted below:

| Infringing Uses |
|---|
|  |









Today, Gordon Law and our affiliated company, Gordon Tax, help anyone whose path to financial success is bogged down by confusing regulations and red tape.

Our comprehensive suite of services is designed to cover all your tax and business law needs—from accounting, to tax debt resolution, to corporate compliance, and beyond.

Our mission? To guard what's rightfully yours, to challenge unfairness head-on, and to keep more of your money where it belongs: with you

We believe everyone deserves the opportunity to build a better financial future. Take the first step—contact us today.










24. Additional representative, non-inclusive infringing uses are reflected in **Exhibit A** hereto.

25. Gordon Law has at no point received any authorization or license to exploit the Subject Photographs as set forth above.

26. Prior to filing suit, OneNine notified Gordon Law of its failure to deliver the Final Payment in violation of the express terms of the Agreement and that as a result of same, its use of the Subject Photographs amounted to copyright infringement. Gordon Law disputed that it had breached the Agreement or committed copyright infringement despite never delivering the remaining $20,000 owed to OneNine, necessitating this action.

27. Gordon Law continued to exploit the Subject Photographs after receiving notice of the infringement.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement - Against Gordon Law)

28. OneNine repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

29. Gordon Law had access to the Subject Photographs, including, without limitation, through OneNine.

30. Gordon Law infringed OneNine's copyrights in the Subject Photographs including by reproducing, publishing, and publicly displaying the Subject Photographs to the public, including without limitation, on the websites and webpages set forth herein, and on other sites and platforms.

31. Gordon Law additionally infringed on OneNine's copyrights by creating unlawful derivatives works with the Subject Photographs including by editing, cropping, and incorporating same into videos and advertisements.

32. Gordon Law failed to satisfy the conditions required to use in any way the Subject Photographs and thus infringed Plaintiff's rights.

33. Due to Gordon Law's acts of copyright infringement as alleged herein, Gordon Law has obtained direct and indirect profits it would not otherwise have realized but for its infringement of OneNine's rights in the Subject Photographs. As such, OneNine is entitled to disgorgement of Gordon Law's profits directly and indirectly attributable to Gordon Law's infringement of its rights in the Subject Photographs in an amount to be established at trial.

34. OneNine is informed and believes and thereon alleges that Gordon Law committed acts of copyright infringement, as alleged above, that were willful, intentional and

malicious, which may further subjects Gordon Law to liability for statutory damages under Section 504 of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per work infringed and/or preclude Defendant from asserting certain defenses and positions. Within the time permitted by law, OneNine will make its election between actual damages and statutory damages

## SECOND CLAIM FOR RELIEF

### (For Breach of Contract– Against Gordon Law)

35. OneNine and Gordon Law, as set forth above, entered into the Agreement related to the creation and provision of the Subject Photographs and other content to Gordon Law in exchange for a payment of $40,000 to OneNine.

36. OneNine discharged all its duties under said Agreement by creating and then providing a redesigned website and accompanying graphics and content, including the Subject Photographs, to Gordon Law.

37. Gordon Law breached the Agreement by failing to provide the required full Final Payment to OneNine, refusing to pay the second $20,000 installment payment due upon completion and delivery of the redesigned website by OneNine.

38. The aforementioned breaches have resulted in general and special damages to OneNine, including its loss of the $20,000 owed to it for its services and copyrighted material.

39. OneNine is further entitled to attorneys fees pursuant to the Agreement.

# PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

**Against All Defendants, and Each and With Respect to Each Claim for Relief:**

a. That Gordon Law as well as its employees, agents, or anyone acting in concert with them, be enjoined from exploiting OneNine's photography, including without limitation the Subject Photographs, including through, without limitation, an order requiring Gordon Law to remove any content incorporating, in whole or in part, OneNine's photography, including without limitation the Subject Photographs, from any print, web, or other publication owned, operated, or controlled by Gordon Law;

b. That OneNine be awarded its general and special damages resulting from Gordon Law's infringement, including those available under 17 U.S.C. 504 and 17 U.S.C. 505;

c. That OneNine be awarded its general and special damages resulting from Gordon Law's breach of the Agreement;

d. That OneNine be awarded its costs and fees pursuant to the attorneys fees provision of the agreement at issue;

e. That OneNine be awarded statutory damages and/or penalties under the statutes set forth above, to the extent they are available;

f. That OneNine be awarded pre-judgment interest as allowed by law;

g. OneNine be awarded the costs of this action; and

h. That OneNine be awarded such further legal and equitable relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: July 23, 2025

By: */s/ Seth R. Ogden*
Seth R. Ogden (Tenn. Bar #034377)
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
sro@iplawgroup.com

*Attorney for Plaintiff OneNine Design LLC*