# Exhibit A







# International Business Law

When operating your business globally, you need a business attorney with extensive experience and knowledge of international business law.

**Schedule a consultation**

## Conduct business with confidence

Our Chicago business attorneys are here to help with many types of international business matters, including:

- Drafting and implementation of employee contracts
- Drafting and implementation of non-compete agreements or non-disclosures
- Trade secret protections
- Ensuring your business complies with state, local, federal, and international laws
- Handling the negotiations surrounding your business contracts
- Establishing the correct business entity and structure
- Ensuring compliance with US tax laws

**Schedule a Confidential Consultation**



## Meet your Business Litigation team.

*Highly experienced attorneys dedicated to your growth, with decades of combined experience.*

Meet our team



**Andrew Gordon, Esq.**
*Partner - Tax Attorney & CPA*



**Michael Brandstein, Esq.**
*Partner - Tax Attorney & CPA*



### Schedule a Confidential Consultation

Fill out this form to schedule a confidential consultation with one of our highly-skilled, aggressive attorneys to help you tackle any tax or legal problem.

First name*

Last name*

Email*

Phone number*

Which of these best describe what you need help with?*
- Crypto Tax and Accounting
- Tax Resolution
- Tax Compliance
- International Tax (FBAR)
- Business Law
- Other

How can we help you?*

Submit























Case 3:25-cv-00831   Document 1-1   Filed 07/21/25   Page 14 of 23 PageID #: 29





# Reporting Crypto Taxes

Need help reporting crypto taxes? We'll help you stay out of the IRS's warpath and make the most of your digital gains with comprehensive tax reports.

Our firm has been an industry leader in cryptocurrency taxes since 2014, and we've helped hundreds of traders just like you.

**We Fought a $400,000 Crypto Tax Bill**

## Why not reporting **crypto taxes** can cost you

**Reporting crypto taxes protects your wallet** (contrary to popular belief among traders). Why? After years of legal battles, many major exchanges now report to the IRS. But they don't track your cost basis—which means your taxable gains can be severely inflated. Even worse through exchanges, like Bittrex, are now reporting data to the IRS.

Without sending your own crypto tax report, the IRS will see only your total sales volume and treat the entire amount as a taxable gain. In short, they'll think you owe much more than you actually do.

Calculating your real taxable gains involves complex calculations and intricate knowledge of the constantly evolving, often-confusing laws regulating cryptocurrency taxes. But that's why we're here.

Schedule a Confidential Consultation

Small business

## Reporting Crypto Taxes

Let's talk →

| We are Leaders | + |
| Avoid an IRS audit or worse | + |
| Reporting crypto taxes for past years | + |
| International cryptocurrency reporting | + |

## Meet your crypto tax law team.

Meet our team →

Andrew Gordon, Esq.

Daniel Urban, Esq.

## We make it **easy to report crypto taxes**

Just send your cryptocurrency transaction history through a secure API or file transfer. We work our magic, and you receive a bulletproof crypto tax report. It's as simple as that!

Call or contact us online today to schedule your confidential consultation with a leading crypto tax professional.

## Success Stories

Audit closed with **no change to tax return**

Ryan Diegenga, Esq.

## Schedule a Confidential Consultation

Fill out this form to schedule a confidential consultation with one of our highly-skilled, aggressive attorneys to help you tackle any tax or legal problem.

First name*

Last name*

Email*

Phone number*

Which of these best describes what you need help with?
- Crypto Tax and Accounting
- Tax Resolution
- Tax Compliance
- International Tax (FBAR)
- Business Law
- Other

How can we help you?

Submit

The Fine Print - Disclaimer



Case 3:25-cv-00831    Document 1    Filed 07/17/25    Page 16 of 23 PageID #: 31













