# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **ONENINE DESIGN, LLC** ) | |
| ) | **Case No. 3:25-cv-00831** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JURY DEMANDED** |
| **THE GORDAN LAW GROUP, LTD,** ) | |
| **d/b/a GORDAN LAW** ) | |
| ) | |
| Defendant, ) | |
| ) | |

## NOTICE OF APPEARANCE

Chris Vlahos of Vlahos Law LLC files this Notice of Appearance on behalf of Defendant The Gordan Law Group, LTD. d/b/a Gordan Law.

Dated: September 2, 2025

Respectfully submitted,

*/s/ Chris L. Vlahos*
**VLAHOS LAW LLC**
Chris L. Vlahos (TN Bar No. 20318)
1060 16th Avenue S
Suite 200
Nashville, TN 37212
Phone: 615.400.3213
chris@vlahos-law.com

*Attorney for Defendant The Gordan Law Group, LTD. d/b/a Gordan Law*