EXHIBIT A

# SERVICE AGREEMENT

This Service Agreement (this "Agreement") is by and between OneNine Design LLC. (herein referred to as "OneNine" or "we" or "us") located at 14555 Dallas Pkwy #100-332 Dallas, TX 75254, and THE GORDON LAW GROUP, LTD, (herein referred to as "Gordon Law") a Illinois Corporation located at 4709 Golf Road, Suite 1100, Skokie, IL 60076 as of 01/09/24.

## Summary

We will use reasonable commercial efforts to fulfill your needs and meet your goals, such as will be specified in a separate outline executed by OneNine and you. It is always best to have everything in writing so we both know what is what, who should do what, and what happens if things go wrong; details of the services will be specified in a separate outline. We have no desire to trick you into signing something that you might later regret. We do want what's best for the safety of both parties, now and in the future, by outlining details of the engagement as clearly as possible.

## Payment

Gordon Law agrees to pay the total agreed upon price of: $40,000 USD.
Gordon Law will pay $20,000 USD at the signing of this contract.
Gordon Law will pay the remaining $20,000 USD when the project is done, before the website goes live.

All payments to OneNine are non-refundable.

## Time Frame

We estimate this website will take a total of 10 weeks to design and develop after we collect and create all necessary content. However, we are hoping to rush to have it done before New Years. Below is the timeframe we estimate for this project.
Week 1: Whiteboard and layout website.
Week 2-4: Design the website.
Week 5-6 Revisions until website is approved.
Week 7-9: Develop the website.
Week 10: Final edits and push live.

## Feedback

All feedback will be conducted via Slack, phone, or email. All phone calls will be recorded so that we maintain a record of all of our communication. OneNine's preferred choice of communication is Slack.

## Changes and Revisions

Changes such as updating photos and copy/text changes on the existing pages are included in the monthly fee if you choose to opt-in. Changes such as adding a new page or pages and adding more features will require a new project request so we can give Gordon Law a proper quote for the services we provide.

Due to the upfront process, we are very certain the design you receive will help you reach the goals you set forth. If not, we allow unlimited design revisions until the custom design has been approved.

## Breach of This Agreement

Your cooperation is necessary for a successful project. In the event you breach any of your obligations described in this Agreement, including but not limited to your obligation to pay, we reserve the right to withdraw the launch of the website and may refuse to provide any additional services.

## Usage Rights

Gordon Law will own the website we design and develop. They will have the right to resell, lease, or rent the website we developed to any other entity or individual.

We reserve the right to show off your completed project as part of our portfolio, have a small link on the footer of every page of your website that says "Website by OneNine", and write about the project on websites, in magazine articles, and in books.

## Intellectual Property

You represent and warrant to us that any elements of text, graphics, photos, designs, trademarks, or artwork that you provide us for inclusion in the website are either owned by Gordon Law or that you have permission to use them. You agree to indemnify and hold OneNine not responsible for any third-party claims of intellectual property infringement occurring during the performance of the services for you under this agreement.

Regarding content and graphics specifically designed for you, upon receipt of final payment, any copyrights of such works will be automatically assigned to you. We will give you a copy of all files, and you should store them safely as we are not required to keep them or provide any native source files that we used in making them.

## Contract Modifications

Once this Agreement is signed and dated by Gordon Law it cannot be modified without the approval of both parties to this Agreement.

## Liabilities

We can't guarantee that the functions contained in any web page templates or in a completed website will always be error-free and so we can't be liable to you or any third party for damages, including lost profits, lost savings or other incidental, consequential or special damages arising out of the operation of or inability to operate this website and any other web pages, even if you have advised us of the possibilities of such damages. You agree that the aggregate liability owed by OneNine to you under this Agreement shall be limited to the amount paid by you to OneNine.

## Responsibilities

OneNine will be responsible for designing and developing the website to reach the goals that have been clearly stated in previous correspondence with Gordon Law.

## Management

OneNine's source of contact for this project is: Hannah Lorenz and Steve Brown.

## Governing Law / Forum

This Agreement shall be construed in accordance with the internal laws of the State of Tennessee, without regard to conflict of laws rules. The exclusive venue for any disputes arising out of this Agreement or the performance of this Agreement shall be in a court of competent jurisdiction in Nashville, Tennessee, and both parties expressly consent to jurisdiction in such courts.

## Attorneys Fees

In any legal action between the parties concerning this Agreement, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs.

## Signatories

This Agreement shall be signed by Andrew Gordon, President on behalf of Gordon Law and by Nathan Ruff, President on behalf of OneNine. This Agreement is effective as of the date first written above.

Entered into as of the date first written above.

**Nathan Ruff**
OneNine Design LLC.
President

**Andrew Gordon**
**THE GORDON LAW GROUP, LTD**
President

EXHIBIT B



# Gordon Law

Prepared by: Nathan Ruff
September 19, 2023

# WHO WE ARE

We are a close team of creative professionals based out of Nashville. We are passionate about partnering with good people and organizations to produce exceptional work that betters the world around us. We are highly specialized in creating custom web design and visual branding that enables organizations to put their best face forward to their audience. **Let's get after it!**

# OUR PROCESS

We have a three step easy process.

## Step 1

We join your team so we have a deep understanding of what, how, and why you do what you do.

## Step 2

We then take everything we learned, combine it with our expertise in design and branding, and create something exceptional.

## Step 3

We use our simple, effective process that forces success in every project our hands touch.

# THIS PROJECT

Our goal is to redesign your website in a way that elevates your entire brand. We believe your website should be clean, modern, and, most importantly, stand out as one of the best in the industry. We understand your desire to showcase your vast resources, easily AB test pages, and make swift updates as new ideas emerge. We look forward to partnering with you to achieve these objectives.

onenine

# PROJECT DETAILS

- We are committed to delivering a seamless web experience across all devices. Our design philosophy prioritizes mobile-first, ensuring optimal mobile performance. By uniquely designing the website for each screen size we are able to offer a truly responsive website.
- We offer unlimited design revisions until you grant a 100% approval. Upon approval, we develop the design turning it into reality.
- We will take professional photos of each employee and capture actions photos of daily operations at your Skokie office. For consistency in future shoots, we'll note the specific locations of the headshots, ensuring we can replicate similar imagery for new team members as needed.
- We will host an in-person whiteboard session at your office. We will dissect your project goals, explore websites you like, analyze each page of your current site, and jointly blueprint a detailed plan for your new website—encompassing its desired look, feel, and functionality.
- We will design the new logos for Gordon Law and Gordon Tax; they will be adaptable for future brands like Gordon Crypto. Each logo will come with complete visual branding solutions, including business cards and marketing materials (flyers, pitch decks). You will have full ownership and access to all source files.
- We will build up to 3 unique splash pages for you to run paid ads to for various offerings, once these are built we will easily be able to adjust them for new offers, services, and target markets.
- We will develop the website in a way that makes it easy to facilitate AB split testing site-wide.
- We will place a large emphasis on not just making your content easy to navigate, but strategically placed throughout the website with focus on growing your subscribers
- All graphics and icons will be scaleable vector graphs, ensuring that they will be crisp and clear no matter the device or resolution. The website will also make all images retina, so that users get the best quality photos every time.
- Each design element will be deliberate, and we'll articulate the rationale behind every choice, aligning with your overarching objectives.

- We guarantee that the entire flow of the website will be user intuitive and logical.
- We will design and develop up to 35 unique pages.
- We will provide all necessary images.
- We will transfer all blog posts from your previous site to the new platform, ensuring no broken links or issues that might compromise search engine positioning.
- We will set up all leads to go into your CRM platform of choice.
- You will be able to modify the website at your discretion via a secure login. However, our monthly fee encompasses most updates.
- We will walk your staff through exactly how to use the website.

## WHAT WE ARE NOT ABOUT

- Irrelevant images
- Taking shortcuts
- Complexity
- Being fake

## THE INVESTMENT

**One time investment of: $40,000 USD.**

**Monthly Fee: $1,000 a month for our end-to-end website management which includes Hosting, CDN Distribution, Email, Phone, Text, and Slack Support, real-time backups, Security, and 5 hours a month of support time.**
*Monthly fee not required, but highly recommend.*

## TURNAROUND TIME

8 to 10 weeks from the day the contract is signed.

## RECENT WORK

- **Laffey Bucci Kent.com**
- **ThinkBrad.com**
- **CSIPharmacy.com**
- **Nercher360.com**
- **Peg Leg Porker**
- **Our Other Work**

## REFERENCES

1. **Title Boxing Club**
   +1 (573) 270-4930 - *Tyler Thompson*
2. **Alex Jimenez**
   +1 (615) 243-3774 - *Alex Jimenez*
3. **Matt Bodnar**
   +1 (731) 336-4602 - *Matt Bodnar*
4. **Forward Steps**
   +1 (931) 996-8436 - *Demetria Walker*
5. **Gear Head Works**
   +1 (931) 409-9655 - *Paul Reavis*

## WHY US?

In eleven years, we have built 1,000+ websites and have worked with small local companies and large companies such as Title Boxing Club. Our team of design and development experts will accomplish the goals that have been set forth for the Gordon Law website. We will do this by working alongside you to create a web experience that is nothing short of exceptional.



**OneNine.com | (615) 438-8374**

We don't suck. Have questions? Call, Text, Email, or Live chat us. We are serious when we say we want to serve our customers.