**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

ONENINE DESIGN, LLC, )
)
    Plaintiff(s) )
)
v. ) Civil Action No. 3:25-cv-00831
) Judge Campbell/Frensley
)
THE GORDON LAW GROUP, LTD, )
)
    Defendant(s) )

## O R D E R

Due to a conflict in the Court's calendar, the Case Management Conference set for March 2, 2026 at 8:30 a.m. is hereby reset to March 5, 2026 at 8:30 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

                             _____
                             JEFFERY S. FRENSLEY
                             United States Magistrate Judge