# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ONENINE DESIGN, LLC | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 3:25-cv-00831 |
| v. | ) | |
| | ) | |
| THE GORDON LAW GROUP, LTD., | ) | JURY TRIAL DEMANDED |
| | ) | |
| **Defendant.** | ) | |

## STATUS REPORT

Plaintiff, OneNine Design LLC ("OneNine"), and Defendant, The Gordon Law Group ("Gordon Law"), submit this status report in connection with the Court's requirement that the parties provide an update as to settlement efforts.

The parties previously advised the Court during the status conference that they would attend in good faith a mediation. Thereafter, OneNine reached out to Gordon Law about that mediation and Gordon Law indicated that it did not want to mediate if it would require an expensive third party mediation service in light of the dollar amounts at issue in this case. As a result, the parties have been unable to mediate.

Dated: April 14, 2026     Respectfully submitted,


By:  /s/ Seth R. Ogden
     Seth R. Ogden
     Patterson Intellectual Property Law, P.C.
     1600 Division Street, Suite 500
     Nashville, TN 37203
     Phone: 615.242.2400
     Fax: 615.242.2221
     sro@iplawgroup.com

     *Attorney for Plaintiff*