**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **ONENINE DESIGN, LLC** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 3:25-cv-00831 |
| ) | |
| **v.** ) | |
| ) | |
| **THE GORDON LAW GROUP, LTD.,** ) | **JUDGE CAMPBELL** |
| ) | **MAGISTRATE JUDGE** |
| ) | |
| **Defendant.** ) | |

**STIPULATION**

Plaintiff, OneNine Design LLC ("OneNine"), and Defendant, The Gordon Law Group ("Gordon Law"), hereby stipulate to the following, which was agreed to on the record during the recent Court conference:

(1) The fact discovery cut-off will be extended to May 15, 2026
(2) The deadline to raise a discovery dispute will be extend to May 15, 2026

This is the parties' first requested extension and the extension does not impact any other dates in the scheduling Order. All other dates and deadlines will remain the same.

SO STIPULATED.

Date: April 23, 2026          By:     */s/ Seth R. Ogden*
                                       Scott Alan Burroughs, Esq.
                                       DONIGER / BURROUGHS
                                       Seth R. Odgen, Esq.
                                       PATTERSON INTELLECTUAL
                                       PROPERTY LAW, P.C.
                                       *Attorneys for Plaintiff*

Date: April 23, 2026          By:     */s/ Chris Vlahos*
                                       Chris Vlahos, Esq.
                                       VLAHOS LAW
                                       Daliah Saper, Esq.
                                       SAPER LAW OFFICES
                                       *Attorneys for Defendant.*

1

SO ORDERED.


Date: _____          By:    _____
                                             HONORABLE JEFFREY S. FRENSLEY
                                             U.S. MAGISTRATE JUDGE

2